COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE | § | No. 08-09-00157-CV |
| MR. YAMAHA, INC. | § | AN ORIGINAL PROCEEDING |
| RELATOR | § | IN MANDAMUS |
| | § | |
| | § | |

**MEMORANDAUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator, Mr. Yamaha, Inc., asks this Court to issue a writ of mandamus against the Honorable William E. Moody, Judge of the 34th District Court of El Paso County, Texas. In order to be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004)(orig. proceeding). Second, the relator must demonstrate he has no adequate remedy by appeal. *Id*. at 136. Based on the record before us, we are unable to conclude that Relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied.

June 17, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.